# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| TIMOTHY LYN VIERS, | ) |
| --- | --- |
| Petitioner, | ) |
| v. | ) Case No. CIV-16-121-R |
| CARL BEAR, | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered March 29, 2016. Doc. No. 6. The Report and Recommendation recommends that this action be dismissed unless Petitioner pays the $5.00 filing fee to the Court Clerk within twenty (20) days of any order adopting the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation of the Magistrate Judge and advises Petitioner that this case will be dismissed without prejudice unless Petitioner pays the $5.00 filing fee to the Court Clerk within twenty (20) days of the date of this Order.

IT IS SO ORDERED this 22nd day of April, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE