IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY LYN VIERS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-16-121-R |
| ) | |
| CARL BEAR, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court pursuant to the Order entered April 22, 2016, adopting the Report and Recommendation of United States Magistrate Judge Shon T. Erwin and advising Petitioner that unless he pays the $5.00 filing fee within twenty (20) days from the date of the Order that this case would be dismissed without prejudice. As of this date, Petitioner has not paid the filing fee nor sought an extension of time within which to do so. Therefore, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 17th day of May, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE